# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**GREGORY D. CROSBY,** :

   **Petitioner** : **CIVIL ACTION NO. 3:16-2456**

**v** :

                                                           **(JUDGE MANNION)**

**DAVID J. EBBERT,** :

   **Respondent** :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court is directed to **TRANSFER** this case to the United States District Court for the District of Colorado, due to this Court's lack of jurisdiction over the matter. See 28 U.S.C. §1404(a); 28 U.S.C. §1631.

2. The Clerk of Court is directed to **CLOSE** the case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: February 21, 2017**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-2456-01-ORDER.wpd